COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Melissa Dromgoole v. The State of Texas

Appellate case number:    01-13-00931-CR

Trial court case number:  1840727

Trial court:              County Criminal Court at Law No. 1 of Harris County

This is an appeal from a sentence imposed on October 11, 2013. Appellant filed her notice of appeal on October 11, 2013. *See* TEX. R. APP. P. 26.2. The record was due on December 10, 2013. *See* TEX. R. APP. P. 4.1(a), 35.2. The clerk's record was filed on December 9, 2013. The Court has been informed that court reporter Terri Johnstone and court reporter Cylena Korkmas both took portions of the reporter's record for this appeal. On March 21, 2014, Terri Johnstone filed her portion of the reporter's record. Cylena Korkmas's portion of the reporter's record has not been filed.

On February 27, 2014, the Court notified appellant that unless appellant paid for and caused Cylena Korkmas's portion of the reporter's record to be filed by March 5, 2014, the Court may consider and decide only those issues or points that do not require Cylena Korkmas's portion of the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant did not pay for and cause Cylena Korkmas's portion of the reporter's record to be filed by March 5, 2014. Instead, on March 21, 2014, appellant filed a motion requesting that the Court order Cylena Korkmas to file her portion of the reporter's record; however, in her motion appellant admits that she has not paid for that portion of the reporter's record. Appellant's motion is **DENIED**. Further, the Court will consider and decide those issues or points that do not require Cylena Korkmas's portion of the reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief is **ORDERED** filed with this Court 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Laura C. Higley</u>

☒ Acting individually    ☐ Acting for the Court

Date:  April 7, 2014